UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JAMES R. CLARK,<br><br>   Petitioner,<br>v.<br><br>HELEN J. MARBERRY, Warden,<br><br>   Respondent. | No. 2:10-cv-16-WTL-TAB |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 02/09/2010

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

James R. Clark
No. 24581-079
Terre Haute-FCI
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808